**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dalia Mathis, et al. | ) | No. CV 04-1772-PCT-PGR |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Dennis A. Strunk, et al., | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation (Doc. 28), and good cause appearing therefor, IT IS ORDERED dismissing this matter with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 14th day of November, 2005.

Paul G. Rosenblatt
United States District Judge